UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

AUTO CLUB GROUP INSURANCE
COMPANY, Subrogee of Andrea Wemore,

        Plaintiff,

                                  Case Number 11-10356-BC
v.                                  Honorable Thomas L. Ludington

MABE CANADA, INC., GENERAL ELECTRIC
COMPANY, LOWE'S HOME CENTERS, INC.,

        Defendants.
_____/

**ORDER PURSUANT TO SETTLEMENT CONFERENCE TO SUBMIT CASE TO ADR
THROUGH MEDIATION AND FOR AN EXPANSION OF THE SCHEDULING ORDER
AND SETTING NEW CALENDAR DATES**

        The Court conducted a settlement on March 19, 2012. Before the Court is the request of the parties to submit the case to ADR through mediation and for an expansion of the dates contained in the current scheduling order of November 4, 2011. The Court finds that the request is appropriate, and will expand the case management and scheduling order accordingly.

        Accordingly, it is **ORDERED** that discovery shall be extended to **May 18, 2012.**

        It is further **ORDERED** that dispositive motions and motions challenging experts shall be filed on or before **June 29, 2012**. Motions *in limine* shall be filed on before **October 29, 2012**. Trial will commence on **December 11, 2012 at 8:30 a.m.** The final pretrial conference will be rescheduled to **November 26, 2012 at 4:00 p.m.** The joint proposed final pretrial order shall be submitted to chambers on or before **November 19, 2012**. Pretrial disclosures required by Fed. R. Civ. P. 26(a)(3)(A) and (B), shall be filed with the clerk and served on opposing counsel by **October 12, 2012.**

s/Thomas L. Ludington
THOMAS L. LUDINGTON
United States District Judge

Dated: April 3, 2012

**PROOF OF SERVICE**

The undersigned certifies that a copy of the foregoing order was served upon each attorney or party of record herein by electronic means or first class U.S. mail on April 3, 2012.

s/Tracy A. Jacobs
TRACY A. JACOBS